IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                         NO. 4:05CR00168-01 GH

MORRIS HENRY PERKINS

**ORDER**

     Defendant appeared with counsel on July 27, 2006 for a hearing on the government's oral request for revocation of his bond. After the testimony of witnesses, submission of exhibits and argument of counsel, the court grants the government's request and the defendant is remanded to the custody of the U. S. Marshal.

     IT IS SO ORDERED this 31st day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE